

U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington Field Division

Date: February 13, 2025

To:   Matthew Lefande
       DOB: 08/31/1967
       4818 Midland RD,
       Midland, VA 22728

## WARNING NOTICE OF POSSESSION OF UNREGISTERED FIREARM(S) IN VIOLATION OF THE NATIONAL FIREARMS ACT

Recently your unlawful possession of an unregistered firearm, regulated under the National Firearms Act, has come to the attention of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). ATF is responsible for the enforcement of Federal firearm laws and, as part of that duty, ATF is tasked with preventing and enforcing violations of the National Firearms Act.

The National Firearms Act prohibits individuals from possessing certain firearms, to include machineguns, without first registering such firearm in the National Firearms Registration and Transfer Record. *See* 26 U.S.C. § 5861(d). A person convicted of possessing such an unregistered firearm is subject to imprisonment for not more than 10 years and a fine of not more than $10,000, or both. *See* 26 U.S.C. § 5871. Additionally, any firearm involved in a violation of the National Firearms Act is subject to seizure and forfeiture. *See* 26 U.S.C. § 5872(a).

This letter serves to officially notify you that you are prohibited, pursuant to 26 U.S.C. §§ 5861(d) and 5861(f), from possessing and/or manufacturing a firearm as defined by 26 U.S.C. § 5845(a) without first registering the firearm in the National Firearms Registration and Transfer Record. Furthermore, this letter serves to officially warn you to cease and desist from manufacturing, receiving, possessing or transporting any such firearm without first registering said firearm with ATF in the National Firearms Registration and Transfer Record. Continued and/or future violations of 26 U.S.C. §§ 5861(d) and/or 5861(f) could result in a recommendation for criminal prosecution.



PLAINTIFF'S EXHIBIT AA

WARNING NOTICE OF POSSESSION OF UNREGISTERED IN VIOLATION OF
THE NATIONAL FIREARMS ACT
PAGE 2

<u>**This Warning Notice does not constitute a bar to the United States, or any State or municipality, prosecuting you for any criminal offense related to any unlawful firearm transaction.**</u>

Please feel free to contact the ATF Falls Church Field Office at (703) 285- 2547 if you have additional questions.

Sincerely,

*[signature]* Digitally signed by Anthony Spotswood
Date: 2025.02.17 15:48:52 -05'00'

Anthony Spotswood
Special Agent in Charge
Bureau of Alcohol, Tobacco, Firearms and Explosives
Washington Field Division

**Warning Notice Served by:**
Special Agent, ATF: _J. Orondo [signature]_

Date: _2-27-25_

Location: _4818 Miami Rd_
_Miami, VA 22728_

**I acknowledge receipt of this Warning Notice:**

Recipient's Name (Printed): _Matthew LeFank_

Recipient's Signature: _[signature]_

Date Signed by Recipient: _2-27-25_

**Witnessed by:**

Special Agent, ATF: _[signature] Michael Jordan_

Date: _2/27/25_